

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br> Gilroy Cabrera<br> Agnes Cabrera | Case No.: 16-21265<br><br>Chapter: 7<br><br>Judge: Kaplan |

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 8/1/2016

/s/ Michael B. Kaplan
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __7/28/2016__ or to the List of Creditors on _____E/F_____ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☒ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __7__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21265-MBK
Gilroy Cabrera                                                          Chapter 7
Agnes Cabrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1           Date Rcvd: Aug 01, 2016
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2016.
db/jdb         +Gilroy Cabrera,   Agnes Cabrera,   27 Newland Place,   Aberdeen, NJ 07747-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2016 at the address(es) listed below:
              Brian L. Hoffman    on behalf of Debtor Gilroy  Cabrera brian@hoffman-hoffman.net,
               info@hoffman-hoffman.net
              Brian L. Hoffman    on behalf of Joint Debtor Agnes  Cabrera brian@hoffman-hoffman.net,
               info@hoffman-hoffman.net
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                               TOTAL: 4