UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gilroy and Agnes Cabrera

Case No.: 16-21265
Chapter: 7
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
James J. Waldron, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __October 3, 2016__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
27 Newland Place
Matawan, New Jersey
Valued at $190,000.00

Liens on property: PNC Bank, $460,067.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-21265-MBK
Gilroy Cabrera                                                                      Chapter 7
Agnes Cabrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Sep 09, 2016
                               Form ID: pdf905          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
```
db/jdb         +Gilroy Cabrera,   Agnes Cabrera,   27 Newland Place,   Aberdeen, NJ 07747-1315
516226390      +A-1 Collection Service,   Assignee Of Centrastate Med Ctr O/P,   PO Box 7387,
                 W. Trenton, NJ 08628-0387
516226391     #+A-1 Collections,   Assignee of Bayshore Community Hospital,   101 Grovers Mill Road, Suite 303,
                 Lawrence Township, NJ 08648-4706
516226392      +AA Action Collection,   Assignee of The Heart Group PA,   29 Columbia Turnpike, Suite 303,
                 Florham Park, NJ 07932-2240
516226393      +ABS CBN Telecom,   PO Box 30248,   Los Angeles, CA 90030-0248
516226394      +Advantage Assets II, Inc.,   C/O Nudelman, Klemm & Golub,   425 Eagle RockAve., Ste. 403,
                 Roseland, NJ 07068-1717
516226395      +Allied Holdings, LLC,   500 S. Sepulveda Blvd., Suite 610,   Los Angeles, CA 90049-3551
516226402     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
516226398      +Bank Of America,   PO Box 15726,   Wilmington, DE 19886-5726
516226404      +Bank Of America , N.A.,   C/O Northstar Location Services, LLC,   4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
516226405      +Baxter Financial, LLC,   C/O Fein, Such, Kahn & Shepard, P.C.,   7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
516226408      +Capital One Bank,   PO Box 70884,   Charlotte, NC 28272-0884
516226409      +Capital One Bank USA NA,   C/O Goldman & Warshaw,   PO Box 2500,   W. Caldwell, NJ 07007-2500
516226410      +Capital One Bank USA NA,   C/O Nudelman, Nudelman & Ziering,   425 Eagle Rock Avenue,
                 Roseland, NJ 07068-1717
516226411       Cavalry Portfolio Services,   Assignee of Bank of America,   Valhalla, NY 10595
516226412      +Centrastate Medical Center,   901 W. Main St.,   Freehold, NJ 07728-2549
516226413      +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
516226415      +Chase Bank USA NA,   C/O Valentine & Kebartas Inc.,   PO Box 325,   Lawrence, MA 01842-0625
516226414      +Chase Bank USA NA,   C/O MRS Associations Inc.,   1930 Olney Avenue,
                 Cherry Hill, NJ 08003-2016
516226416      +Chase Bank USA, NA,   C/O Northstar Location Services, LLC,   4285 Genesee St,
                 Cheektowaga, NY 14225-1943
516226418      +FIA Card Services,   PO Box 15726,   Wilmington, DE 19886-5726
516226419      +FIA Card Services, N.A.,   C/OSharinn & Lipshie, P.C.,   333 Earle Ovington Blvd., Ste 302,
                 Uniondale, NY 11553-3693
516309476      +GE Capital,   c/o Asset Recovery Associates,   1919 S. Highland Ave., #225a,
                 Lombard, IL 60148-6180
516226422      +LVNV Funding, LLC,   C/O Faloni & Associates, LLC,   165 Passaic Ave.,
                 Fairfield, NJ 07004-3521
516226421      +Labcorp,   C/O LCA Collections,   PO Box 2240,   Burlington, NC 27216-2240
516226423      +Macy's DSNB,   PO Box 8218,   Mason, OH 45040-8218
516226424      +Marissa Fischer,   c/o David R. Castellani, Esq.,   450 Tilton Road, Suite 245,
                 Northfield, NJ 08225-1259
516226426      +New Century Financial Services, Inc.,   C/O Pressler & Pressler, L.L.P.,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516226427      +North Star Capital Acquisition, LLC,   C/O Pressler & Pressler, LLP,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516226428      +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
516226429       Security Bank,   6776 Ayala Avenue, Makati City,   Philippines
516226434      +WFNNB - Victoria's Secret,   PO Box 659728,   San Antonio, TX 78265-9728
516226433      +Wells Fargo Financial,   PO Box 98784,   Las Vegas, NV 89193-8784
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2016 23:18:29     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2016 23:18:26     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516226397      +E-mail/Text: g17768@att.com Sep 09 2016 23:17:47     AT&T Credit Management,   1 ATT Way,
                 Bedminster, NJ 07921-2694
516226396      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 09 2016 23:18:24     Asset Acceptance, LLC,
                 C/O Christopher I. Moylan, Esq.,   PO Box 771,   Woodbury, NJ 08096-7771
516226400      +E-mail/Text: data_processing@fin-rec.com Sep 09 2016 23:18:16     Bank Of America,
                 C/O Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
516226406      +E-mail/Text: bnc-capio@quantum3group.com Sep 09 2016 23:18:24     Capio Partners,
                 Assignee of Bayshore Community Hospital,   PO Box 3209,   Sherman, TX 75091-3209
516226407      +E-mail/Text: bnc@alltran.com Sep 09 2016 23:17:49     Capital One Bank,
                 C/O United Recovery Systems LP,   PO Box 722929,   Houston, TX 77272-2929
516226417      +E-mail/Text: mrdiscen@discover.com Sep 09 2016 23:17:46     Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
516226420      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 09 2016 23:17:57     Kohl's Payment Center,
                 PO Box 2983,   Milwaukee, WI 53201-2983
516226425      +E-mail/Text: bankruptcydepartment@tsico.com Sep 09 2016 23:19:06     NCO Financial Systems,
                 PO Box 15372,   Wilmington, DE 19850-5372
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2016
                              Form ID: pdf905          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516226430       +E-mail/Text: cop@santander.us Sep 09 2016 23:18:22      Sovereign Bank,   PO Box 16255,
                 Reading, PA 19612-6255
516309477       +E-mail/Text: marie.taylor@aberdeennj.org Sep 09 2016 23:18:15
                 Township of Aberdeen Utility Dept.,   1 Aberdeen Square,   Aberdeen, NJ 07747-2300
516226431       +E-mail/Text: edinkel@vikingservice.com Sep 09 2016 23:19:22      Viking Collection Services,
                 Assignee Of National City Card Svc,   PO Box 59207,   Minneapolis, MN 55459-0207
516226432       +E-mail/Text: cms-bk@cms-collect.com Sep 09 2016 23:18:16      Washington Mutual,
                 C/O Capital Management Services, LP,   726 Exchange St., Suite 700,   Buffalo, NY 14210-1464
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516226403*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
516226399*      +Bank Of America,   PO Box 15726,   Wilmington, DE 19886-5726
516226401*      +Bank Of America,   PO Box 15726,   Wilmington, DE 19886-5726
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:

```
              Brian L. Hoffman    on behalf of Debtor Gilroy   Cabrera brian@hoffman-hoffman.net,
               info@hoffman-hoffman.net
              Brian L. Hoffman    on behalf of Joint Debtor Agnes   Cabrera brian@hoffman-hoffman.net,
               info@hoffman-hoffman.net
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                               TOTAL: 5
```