UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                            :    Case no.:        16-21265
                                                  :
Gilroy Cabrera                                    :    Chapter:            7
Agnes Cabrera                                     :
         Debtor(s)                                :    Judge:           Kaplan
_____               :

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following Notice of :

☑    Abandonment

☐    Public Sale

☐    Private Sale

☐    Settlement of Controversy

☐    Auctioneer Compensation

Description of Property (if applicable):
Lot 114, Block 19, Riviera Estates, Silang, Cavite Phillipines.

Date: 9/27/2016                                           JAMES J. WALDRON, Clerk

*Last revised: 1/14/10*