UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    :    Case no.:          16-21265
                                                          :
Gilroy Cabrera                                            :    Chapter:               7
Agnes Cabrera                                             :
           Debtor(s)                                      :    Judge:             Kaplan
                                                          :

# CERTIFICATION OF NO OBJECTION

I hereby certify that there have been no objections filed relative to the following Notice of :

☑  Abandonment

❏  Public Sale

❏  Private Sale

❏  Settlement of Controversy

❏  Auctioneer Compensation

Description of Property (if applicable):
27 Newland Place, Matawan, New Jersey.

Date: 9/27/2016                                           JAMES J. WALDRON, Clerk

*Last revised: 1/14/10*